## NEW ENGLAND STEAMSHIP COMPANY, Libelant-Appellant, v. THE Steamer EXPRESS, Her Engines, etc., The Export Steamship Corporation, Claimant-Respondent-Appellee.

No. 94.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1932.

Haight, Smith, Griffin & Deming, of New York City (Henry M. Hewitt and James McKown, Jr., both of New York City, of counsel), for appellant.

Kirlin, Campbell, Hickox, Keating & McGrann, of New York City (Robert S. Erskine and Henry P. Elliott, both of New York City, of counsel), for S. 'S. Express.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.
Decree affirmed.